

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

CIT Partners, LLC, Appellant

No. 06-13-00074-CV     v.

Johnson Capital Group, Inc., Appellee

Appeal from the 159th District Court of Angelina County, Texas (Tr. Ct. No. CV-00619-11-06). Memorandum Opinion delivered Per Curiam.

     As stated in the Court's opinion of this date, we find that the motion to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

     We further order that each party shall bear its own costs of appeal.

RENDERED NOVEMBER 27, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk